LINDA WENDELL HSU    (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:  (415) 979-0400
Facsimile:  (415) 979-2099
Email:       lhsu@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>  Plaintiffs,<br><br>  v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>  Defendants. | CASE NO.  CV 08 3335 SBA<br><br>**STIPULATION TO EXTEND TIME IN WHICH SCOTTSDALE INDEMNITY COMPANY MAY RESPOND TO THE COMPLAINT** |

Pursuant to Local Rules of Practice for the United States District Court, Northern District of California, Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that Defendant Scottsdale Indemnity Company's time to file a responsive pleading to the Plaintiffs' complaint is extended from July 15, 2008 to July 29, 2008.

IT IS SO STIPULATED:

| | | |
|---|---|---|
| 1 | DATED: July 14, 2008 | SELMAN BREITMAN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | LINDA WENDELL HSU |
| | | Attorney for Defendant |
| 5 | | SCOTTSDALE INDEMNITY COMPANY |
| 6 | DATED: July __, 2008 | LAW OFFICES OF DAVID P. DIBBLE |
| 7 | | |
| 8 | | By: _____ |
| 9 | | DAVID P. DIBBLE |
| | | Attorney for Plaintiff |
| 10 | | CLARENCE JONATHON WOOD |
| 11 | DATED: July __, 2008 | LAW OFFICE OF ZACHARY E. ZWERDLING |
| 12 | | |
| 13 | | By: _____ |
| 14 | | ZACHARY E. ZWERDLING |
| | | Attorney for Plaintiff |
| 15 | | HEIDI COLLINGWOOD |

2

STIPULATION TO EXTEND TIME IN WHICH SCOTTSDALE INDEMNITY COMPANY MAY RESPOND TO
THE COMPLAINT - CV 08 3335 SBA

154096.1 380.25532

```
1   DATED: July __, 2008         SELMAN BREITMAN LLP
2
3                                By: _____
4                                    LINDA WENDELL HSU
                                     Attorney for Defendant
5                                    SCOTTSDALE INDEMNITY COMPANY

6   DATED: July 14, 2008         LAW OFFICES OF DAVID P. DIBBLE
7
8                                By: _____
9                                    DAVID P. DIBBLE
                                     Attorney for Plaintiff
10                                   CLARENCE JONATHON WOOD

11  DATED: July 14, 2008         LAW OFFICE OF ZACHARY E. ZWERDLING
12
13                               By: _____
14                                   ZACHARY E. ZWERDLING
                                     Attorney for Plaintiff
15                                   HEIDI COLLINGWOOD
```

**PROOF OF SERVICE**

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

United States District Court Northern District of California Case No. CV 08 3335 SBA

(Superior Court of California County of Humboldt Case No. DR080473)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 15, 2008**, I served the following document(s) described as **STIPULATION TO EXTEND TIME IN WHICH SCOTTSDALE INDEMNITY COMPANY MAY RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC FILING:** I have reviewed the Northern District's Policy pertaining to its procedure for electronically filing documents via CM/ECF Case Management/Electronic Case Files. .I caused the above-referenced document(s) to be served in Case No. DR080473 and as directed by U.S. Northern District.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the

154044.1 380.25532

1

1  foregoing is true and correct.

2  Executed on **July 15, 2008**, at San Francisco, California.

                                          _____
                                          LAURA TALESNIK