```
LINDA WENDELL HSU (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorney for Defendant
Scottsdale Indemnity Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INDEMNITY COMPANY; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. CV 08 3335 SBA<br><br>**NOTICE OF AMENDED PROOF OF SERVICE RE: ERRATA REGARDING INCORRECT COURT NAME AND CASE NUMBER ON PROOF OF SERVICE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE DISTRICT COURT:

PLEASE TAKE NOTICE that Scottsdale Indemnity Company hereby attaches its Amended Proofs of Service which show the proper court name and case number, which were inadvertently incorrect on the proofs of service for the following:

1) the Notice to Adverse Party, filed in the Superior Court of Humboldt County Case Number DR080473 and served on the parties on July 10, 2008.  The notice of errata was filed in Superior Court of Humboldt County, served on all parties on July 14, 2008, and is attached herewith;

2) the Federal Court file-endorsed copy of the Notice of Removal to Federal Court and supplementary materials required by Northern District Local Rule 4-2 served on the parties on July 10, 2008.

They have been corrected as attached and are served and filed herewith.

DATED: July 15, 2008          SELMAN BREITMAN LLP

                              By _____
                                 LINDA WENDELL HSU
                                 Attorney for Defendant
                                 SCOTTSDALE INDEMNITY COMPANY

| | |
|---|---|
| 1 | LINDA WENDELL HSU    (SBN 162971) |
|   | SUNGJEE LEE           (SBN 246860) |
| 2 | SELMAN BREITMAN LLP |
|   | 33 New Montgomery, Sixth Floor |
| 3 | San Francisco, CA 94105 |
|   | Telephone: (415) 979-0400 |
| 4 | Facsimile: (415) 979-2099 |

Attorneys for Defendant
Scottsdale Indemnity Company

SUPERIOR COURT OF CALIFORNIA

COUNTY OF HUMBOLDT - UNLIMITED JURISDICTION

| | |
|---|---|
| CLARENCE JONATHAN WOOD and HEIDI COLLINGWOOD, | CASE NO. DR080473 |
| Plaintiffs, | **NOTICE OF AMENDED PROOF OF SERVICE RE: ERRATA REGARDING THE COURT NAME ON PROOF OF SERVICE** |
| v. | |
| SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE SUPERIOR COURT:

PLEASE TAKE NOTICE that Scottsdale Indemnity Company hereby attaches its Amended Proof of Service. The court name was inadvertently incorrect on the proof of service for the Notice to Adverse Party of Notice of Removal to Federal Court filed and served on July 10, 2008. It has been corrected as attached and is served and filed herewith.

DATED: July 14, 2008                    SELMAN BREITMAN LLP

                                        By: /s/ signature
                                        LINDA WENDELL HSU
                                        SUNGJEE LEE
                                        Attorneys for Defendant
                                        SCOTTSDALE INDEMNITY COMPANY

154049.1  380.25532

1
NOTICE OF AMENDED PROOF OF SERVICE RE: ERRATA REGARDING THE COURT NAME

# AMENDED PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

Superior Court of California County of Humboldt Case No. DR080473

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 14, 2008**, I served the following document(s) described as **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 14, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

Selman Breitman LLP
ATTORNEYS AT LAW

153965.1 380.25532

1

# PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company
United States District Court Northern District of California Case No. CV 08 3335 SBA
(Superior Court of California County of Humboldt Case No. DR080473)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 14, 2008**, I served the following document(s) described as **NOTICE OF AMENDED PROOF OF SERVICE RE: ERRATA REGARDING THE COURT NAME ON PROOF OF SERVICE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

153965.1 380.25532

1

Executed on **July 14, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

# AMENDED PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

United States District Court Northern District of California Case No. CV 08 3335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 15, 2008**, I served the following document(s) described as **1) FEDERAL COURT CIVIL COVER SHEET; 2) FILE-ENDORSED NOTICE OF REMOVAL OF ACTION (WITH EXHIBITS A & B); 3) FILE-ENDORSED CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; 4) SUPPLEMENTARY MATERIALS REQUIRED BY NORTHERN DISTRICT OF CALIFORNIA RULE 4-2** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

153993.1  380.25532

1

Executed on **July 15, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

# PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company
United States District Court Northern District of California Case No. CV 08 3335 SBA
(Superior Court of California County of Humboldt Case No. DR080473)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 15, 2008**, I served the following document(s) described as **NOTICE OF AMENDED PROOF OF SERVICE RE: ERRATA REGARDING INCORRECT COURT NAME AND CASE NUMBER ON PROOF OF SERVICE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC FILING:** I have reviewed the Northern District's Policy pertaining to its procedure for electronically filing documents via CM/ECF Case Management/Electronic Case Files. .I caused the above-referenced document(s) to be served in Case No. DR080473 and as directed by U.S. Northern District.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the

1

1 | foregoing is true and correct.
2 | Executed on **July 15, 2008**, at San Francisco, California.

_____
LAURA TALESNIK