LINDA WENDELL HSU   (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email:    lhsu@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>             Plaintiffs,<br><br>     v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>             Defendants. | CASE NO.  CV 08 3335 SBA<br><br>**AFFIDAVIT OF JAMES HARDINA IN SUPPORT OF DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S MOTION TO DISMISS COMPLAINT**<br><br>Date  : September 23, 2008<br>Time  : 1:00 p.m.<br>Ctrm. : No. 3, 3rd Floor<br>Judge : Hon. Saundra Brown Armstrong |

I, James Hardina, declare as follows:

1.   I am over the age of 18 years, have personal knowledge of all facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

2.   I am a claims representative for Defendant Scottsdale Indemnity Company ("Scottsdale").  During the relevant time period, I was the representative at Scottsdale primarily responsible for handling plaintiffs' claim against Kimberly Holz

1
AFFIDAVIT OF JAMES HARDINA IN SUPPORT OF DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S MOTION TO DISMISS COMPLAINT - CV 08 3335 SBA

154434.1 380.25532

1  Lindstrom.
2      3.   The facts set forth herein are known to me personally,
3  and if called upon to testify, I could and would competently
4  testify thereto.
5      4.   A true and correct copy of Scottsdale policy number
6  PUI0020229, issued to Ralph L. and Pamela W. Lindstrom for the
7  May 31, 2001 to May 31, 2002 policy period, is attached to
8  Scottsdale's Index of Exhibits as Exhibit "H".

10      I declare under penalty of perjury under the laws of the
11  State of California that the foregoing is true and correct.

14  Executed this 23RD day of July, 2008, in Scottsdale, Arizona.



James Hardina

Notary Charlotte AC

Commission Expires: Feb 10, 2009

---
2
**AFFIDAVIT OF JAMES HARDINA IN SUPPORT OF DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S MOTION TO DISMISS COMPLAINT - CV 08 3335 SBA**

154434.1 380.25532

# PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

United States District Court Northern District of California Case No. CV 08 3335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 29, 2008**, I served the following document(s) described as **AFFIDAVIT OF JAMES HARDINA IN SUPPORT OF DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S MOTION TO DISMISS COMPLAINT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 29, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

153965.1 380.25532

1