1    LINDA WENDELL HSU    (SBN 162971)
     SELMAN BREITMAN LLP
2    33 New Montgomery, Sixth Floor
     San Francisco, CA  94105
3    Telephone: (415) 979-0400
     Facsimile: (415) 979-2099
4    Email:      lhsu@selmanbreitman.com

5    Attorney for Defendant
     Scottsdale Indemnity Company
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   CLARENCE JONATHON WOOD and HEIDI     CASE NO.  CV 08 3335 SBA
     COLLINGWOOD,
11                                        **AFFIDAVIT OF LINDA WENDELL HSU
              Plaintiffs,                 IN SUPPORT OF DEFENDANT
12                                        SCOTTSDALE INDEMNITY COMPANY'S
        v.                                MOTION TO DISMISS COMPLAINT**
13
     SCOTTSDALE INDEMNITY CO.; and        Date  : September 23, 2008
14   DOES 1 to 100, inclusive,            Time  : 1:00 p.m.
                                          Ctrm. : No. 3, 3rd Floor
15            Defendants.                 Judge : Hon. Saundra Brown
                                                  Armstrong
16

17

18

19        I, LINDA WENDELL HSU, declare as follows:

20        1.   I am a partner with the law firm SELMAN BREITMAN LLP,

21   counsel of record for Defendant Scottsdale Indemnity Company

22   ("Scottsdale").  I am duly licensed to practice in all the courts

23   of the State of California and in the United States District

24   Court for the Northern District of California.  I have personal

25   knowledge of the facts stated in this declaration and if called

26   to testify, could and would competently testify thereto.

27        2.   On July 14, 2008, I sent a meet and confer letter to

28   David P. Dibble, counsel for plaintiff Clarence Jonathon Wood,

1

Selman Breitman LLP
ATTORNEYS AT LAW

and Zachary E. Zwerdling, counsel for plaintiff Heidi

Collingwood, regarding Scottsdale's motion to dismiss.  A true

and correct copy of the correspondence with confirmation of

facsimile transmittal is attached to Scottsdale's Index of

Exhibits as Exhibit "I".

3.    The parties stipulated that Scottsdale could have a two

week extension of time to respond to plaintiffs' complaint so

that the parties could have additional time to meet and confer

about Scottsdale's motion to dismiss.  That stipulation is on

file with this Court.

4.    On July 22, 2008, I sent another letter to Mr. Dibble

and Mr. Zwerdling to meet and confer regarding Scottsdale's

motion to dismiss.  A true and correct copy of my letter is

attached hereto as Exhibit "J".

5.    In the late afternoon of July 28, 2008, I received a

response from Mr. Dribble, a copy of which is attached hereto as

Exhibit "K".

I declare under penalty of perjury under the laws of the

State of California and the laws of the United States that the

foregoing is true and correct.

Executed this 29th day of July, 2008, at San Francisco,

California.

Linda Wendell Hsu

2

Selman Breitman LLP
ATTORNEYS AT LAW

154092.1  380.25532

**Selman Breitman LLP**
ATTORNEYS AT LAW

**PROOF OF SERVICE**

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

United States District Court Northern District of California Case No. CV 08 3335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 29, 2008**, I served the following document(s) described as **AFFIDAVIT OF LINDA WENDELL HSU IN SUPPORT OF DEFENDANT SCOTTSDALE INDEMNITY COMPANY'S MOTION TO DISMISS COMPLAINT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

David P. Dibble, Esq.                    Attorneys For Plaintiff CLARENCE
Law Offices of David P. Dibble           JONATHON WOOD
123 F Street, Suite D
Eureka, CA 95501
(707) 444-9330

Zachary E. Zwerdling, Esq.               Attorneys For Plaintiff HEIDI
Law Office Of Zachary E. Zwerdling       COLLINGWOOD
123 F Street, Suite C
Eureka, CA 95501
(707) 445-9628

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 29, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

153965.1 380.25532

1