LINDA WENDELL HSU (SBN 162971)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTTSDALE INDEMNITY COMPANY; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  CV 08 3335 SBA<br><br>**SCOTTSDALE INDEMNITY COMPANY'S NOTICE OF FILING PROOF OF SERVICE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE DISTRICT COURT:

PLEASE TAKE NOTICE that on Thursday, July 24, 2008 Scottsdale Indemnity Company served a copy of the Clerk's Notice of Case Management Conference set for October 15, 2008 at 3:00 p.m. on counsel for plaintiffs, pursuant to the attached Proof of Service, of which a true and correct copy is attached hereto as Exhibit A.

//

//

//

1

**SCOTTSDALE INDEMNITY COMPANY'S NOTICE OF FILING PROOF OF SERVICE - CASE NO. CV 08 3335 SBA**

154048.1 380.25532

| | |
|---|---|
| 1 | DATED: July 30, 2008      SELMAN BREITMAN LLP |

By: _____
    LINDA WENDELL HSU
    Attorney for Defendant
    SCOTTSDALE INDEMNITY COMPANY

(Lines 1-28)

Selman Breitman LLP
ATTORNEYS AT LAW

154048.1 380.25532

# EXHIBIT A

## PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company
United States District Court Northern District of California Case No. CV 08-03335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 24, 2008**, I served the following document(s) described as **CLERK'S NOTICE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

David P. Dibble, Esq.  
Law Offices of David P. Dibble  
123 F Street, Suite D  
Eureka, CA 95501  

Attorneys For Plaintiff CLARENCE JONATHON WOOD

Zachary E. Zwerdling, Esq.  
Law Office Of Zachary E. Zwerdling  
123 F Street, Suite C  
Eureka, CA 95501  

Attorneys For Plaintiff HEIDI COLLINGWOOD

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 24, 2008**, at San Francisco, California.

_____  
LAURA TALESNIK

154759.1  380.25532

1

## PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

United States District Court Northern District of California Case No. CV 08 3335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **July 30, 2008**, I served the following document(s) described as **SCOTTSDALE INDEMNITY COMPANY'S NOTICE OF FILING PROOF OF SERVICE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 30, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

153965.1  380.25532

1