

SELMAN BREITMAN LLP
ATTORNEYS

33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537

Telephone 415.979.0400
Facsimile 415.979.2099

www.selmanbreitman.com

Linda Wendell Hsu
415.979.2026
lhsu@selmanbreitman.com

August 6, 2008

**VIA E-FILE**

Saundra Brown Armstrong
United States District Judge
Northern District of California
Courtroom 3
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

Re:   *Wood, et al. v. Scottsdale Indemnity Company*
      Northern District of California Case No. CV 08 3335 SBA
      Our File No.   :   380.25532

Dear Judge Armstrong:

Pursuant to your order of July 30, 2008, the parties have conferred regarding reassignment of the action for all future proceedings to Magistrate Judge Nandor J. Vadas, and all parties consent to the reassignment.

We will await the transfer of the matter and then file written consent to the jurisdiction of a magistrate judge. Thank you.

Very truly yours,

LINDA WENDELL HSU

LWH/sl

cc:   David P. Dibble
      Zachary E. Zwerdling

155206.1  380.25532

Los Angeles • San Francisco • Orange County/Inland Empire • San Diego • Las Vegas

# PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company

United States District Court Northern District of California Case No. CV 08 3335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **August 6, 2008**, I served the following document(s) described as **CORRESPONDENCE OF AUGUST 6, 2008 TO THE HONORABLE SAUNDRA BROWN ARMSTRONG REGARDING REASSIGNMENT OF THE ACTION TO MAGISTRATE JUDGE NANDOR J. VADAS** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 6, 2008**, at San Francisco, California.

*/s/ Laura Talesnik*
LAURA TALESNIK

153965.1  380.25532