IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2

3    CLARENCE JONATHON WOOD                          NO. CV 08-03335 SBA

4              Plaintiff,                            **CLERK'S NOTICE RE: FAILURE
                                                     TO FILE ELECTRONICALLY**
       v.

5

6    SCOTTSDALE INDEMNITY COMPANY

7              Defendant.
     _____/

8

9          On **07/10/2008,** counsel for **Defendant Scottsdale Indemnity Company** filed a **Notice of**

10   **Removal [1] and Certificate of Interested Entities [3]** manually, on paper.  This case has been

11   designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

12         The above mentioned  paper document has been filed and docketed. However, General Order

13   45 provides at Section III  that cases assigned to judges who participate in the e-filing program "shall

14   be presumptively designated" as e-filing cases. Therefore, counsel for **Defendant**  should submit the

15   **aforementioned document,** in PDF format within 10 days, as an attachment in an **e-mail** message

16   directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the

17   **Judges** button and follow the procedure listed there).  Do **not** e-file a document which has been

18   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should
     be e-filed.

19

20         Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated

21   to become an ECF User and be assigned a user ID and password for access to the system upon

22   designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as

23   ECF Users  must do so immediately.  Forms and instructions for registering can be found on the Court's

24   Web site at ecf.cand.uscourts.gov.

     Dated: August 21, 2008

25                                                   _____
                                                     Jessie Mosley
                                                     Deputy Clerk

26

27

28