LINDA WENDELL HSU    (SBN 162971)
SUNGJEE LEE          (SBN 246860)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email:     lhsu@selmanbreitman.com

Attorney for Defendant
Scottsdale Indemnity Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JONATHON WOOD and HEIDI COLLINGWOOD,<br><br>      Plaintiffs,<br><br>   v.<br><br>SCOTTSDALE INDEMNITY CO.; and DOES 1 to 100, inclusive,<br><br>      Defendants. | CASE NO.  CV 08 3335 SBA<br><br>**STIPULATION TO REASSIGN THE ACTION FOR ALL FUTURE PROCEEDINGS TO MAGISTRATE JUDGE NANDOR J. VADAS** |

   Pursuant this court's order of July 30, 2008, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the action will be reassigned for all future proceedings to Magistrate Judge Nandor J. Vadas.

/ / /

/ / /

/ / /

/ / /

/ / /

156133.1 380.25532

1
**STIPULATION TO REASSIGN THE ACTION FOR ALL FUTURE PROCEEDINGS TO MAGISTRATE JUDGE NANDOR J. VADAS - CV 08 3335 SBA**

1      **IT IS SO STIPULATED:**

2

3  DATED: August 25, 2008    SELMAN BREITMAN LLP

4

5                                    By: _____
                                      LINDA WENDELL HSU
                                      Attorneys for Defendant
6                                        SCOTTSDALE INDEMNITY COMPANY

7

8  DATED: August __, 2008    LAW OFFICES OF DAVID P. DIBBLE

9

10                                    By: _____
                                      DAVID P. DIBBLE
11                                      Attorney for Plaintiff
                                    CLARENCE JONATHON WOOD

12

13  DATED: August __, 2008    LAW OFFICE OF ZACHARY E. ZWERDLING

14

15                                    By: _____
                                      ZACHARY E. ZWERDLING
16                                      Attorney for Plaintiff
                                    HEIDI COLLINGWOOD

17

18  **IT IS SO ORDERED:**

19  DATED: August __, 2008    By: _____
                                      SAUNDRA BROWN ARMSTRONG
20                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1   IT IS SO STIPULATED:

2   DATED: August ___, 2008       SELMAN BREITMAN LLP
3

4
                                  By: _____
5                                     LINDA WENDELL HSU
                                      Attorneys for Defendant
6                                     SCOTTSDALE INDEMNITY COMPANY

7
    DATED: August 22, 2008        LAW OFFICES OF DAVID P. DIBBLE
8

9
                                  By: _____
10                                    DAVID P. DIBBLE
                                      Attorney for Plaintiff
11                                    CLARENCE JONATHON WOOD

12
    DATED: August 25, 2008        LAW OFFICE OF ZACHARY E. ZWERDLING
13

14
                                  By: _____
15                                    ZACHARY E. ZWERDLING
                                      Attorney for Plaintiff
16                                    HEIDI COLLINGWOOD

17
    IT IS SO ORDERED:
18

19  DATED: August ___, 2008       By: _____
                                      SAUNDRA BROWN ARMSTRONG
20                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28
                                         2
         STIPULATION TO REASSIGN THE ACTION FOR ALL FUTURE PROCEEDINGS TO MAGISTRATE
                          JUDGE NANDOR J. VADAS - CV 08 3335 SBA

156133.1 380.25532

## PROOF OF SERVICE

Clarence Jonathon Wood and Heidi Collingwood v. Scottsdale Indemnity Company
United States District Court Northern District of California Case No. CV 08 3335 SBA

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **August 25, 2008**, I served the following document(s) described as **STIPULATION TO REASSIGN THE ACTION FOR ALL FUTURE PROCEEDINGS TO MAGISTRATE JUDGE NANDOR J. VADAS** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David P. Dibble, Esq.<br>Law Offices of David P. Dibble<br>123 F Street, Suite D<br>Eureka, CA 95501<br>(707) 444-9330 | Attorneys For Plaintiff CLARENCE JONATHON WOOD |
| Zachary E. Zwerdling, Esq.<br>Law Office Of Zachary E. Zwerdling<br>123 F Street, Suite C<br>Eureka, CA 95501<br>(707) 445-9628 | Attorneys For Plaintiff HEIDI COLLINGWOOD |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 25, 2008**, at San Francisco, California.

YOLANDA MEDINA

Selman Breitman LLP
ATTORNEYS AT LAW
153965.1  380.25532

1